UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT MICHAELS, <br><br> Plaintiff, <br><br> -against- <br><br> MEDIACOM COMMUNICATIONS CORPORATION, <br><br> Defendant. | 1:25-CV-6732 (LTS) <br><br> ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Scott Michaels, of Mildenhall, United Kingdom, brings this action *pro se*. For the following reasons, the Court dismisses this action without prejudice.

Plaintiff has previously submitted to this court a substantially similar complaint, and later, an amended complaint, commencing another civil action. That action is pending in this court. *See Michaels v. Mediacom Commnc'ns Corp.*, 1:25-CV-6596 (UA). Because this action raises similar, if not, the same claims as in *Michaels*, 1:25-CV-6596 (UA), no useful purpose would be served by the litigation of this duplicative action. The Court therefore dismisses this action without prejudice to Plaintiff's claims in *Michaels*, 1:25-CV-6596 (UA).

## CONCLUSION

The Court dismisses this action without prejudice as duplicative of *Michaels v. Commnc'ns Corp.*, 1:25-CV-6596 (UA).

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated: August 27, 2025
New York, New York

      /s/ Laura Taylor Swain
      LAURA TAYLOR SWAIN
      Chief United States District Judge