UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT MICHAELS,

                Plaintiff,

-against-

MEDIACOM COMMUNICATIONS CORPORATION,

                Defendant.

25 CIVIL 6732 (LTS)

CIVIL JUDGMENT

      For the reasons stated in the August 26, 2025, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

      SO ORDERED.

Dated:   August 29, 2025
           New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge